918

No. 77–1382.  BALLARD *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 77–1386.  FRISCO LAND & MINING CO. *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 77–1391.  DELESDERNIER *v.* ESTATE OF LOGA ET AL. Ct. App. La., 4th Cir.  Certiorari denied.

No. 77–1392.  NEVADA EX REL. WESTERGARD, STATE ENGINEER, ET AL. *v.* SALMON RIVER CANAL CO., LTD.  C. A. 9th Cir.  Certiorari denied.

No. 77–1400.  TANGORA ET AL. *v.* PETZ ET AL.  C. A. 3d Cir. Certiorari denied.

No. 77–1403.  ROBINSON, DBA DO-RITE GROCERY & MARKET *v.* BULLOCK, COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS. Ct. Civ. App. Tex., 3d Sup. Jud. Dist.  Certiorari denied.

No. 77–1404.  FOX ET AL. *v.* KNEIP ET AL.  Sup. Ct. S. D. Certiorari denied.

No. 77–1449.  OLMSTEAD *v.* NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 77–1474.  HUNT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 77–1478.  PACIFIC GAS & ELECTRIC CO. ET AL. *v.* WIDENER.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 77–1498.  TAXE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.